**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-7354**

———————

JOHNNIE D. ALLEN,

   Plaintiff - Appellant,

  v.

SGT. HETRICK; JOHN HERRING; MARK D. FLEMMING;
SUPERINTENDENT GRAY; PAULA PAGE,

   Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:20-ct-03101-BO)

———————

Submitted: September 29, 2023     Decided: November 17, 2023

———————

Before GREGORY and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Johnnie D. Allen, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie D. Allen appeals the district court's order granting summary judgment to Defendants in this action filed pursuant to 42 U.S.C. § 1983.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Allen v. Sgt. Hetrick*, No. 5:20-ct-03101-BO (E.D.N.C. Oct. 26, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*